JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-01146 MHP |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |
| RONY ALBERTO AVILA-QUIJANO, | |
| Defendant. | |

     On December 7, 2009, defendant Rony Alberto Avila-Quijano appeared with his counsel, Alan Dressler, Esq., before the Honorable Marilyn H. Patel for status conference. The Court scheduled the next status conference for January 25, 2009, and ordered the exclusion of time based on effective preparation of counsel. On January 25, 2010, the defendant appeared with his counsel before the Court for a status conference. The next status conference before the Court was scheduled for February 22, 2010, at 10 a.m.

     With the agreement of the parties and with the consent of the defendant, the Court enters

this order confirming the exclusion of time under the Speedy Trial Act from December 7, 2010 through February 22, 2010. The parties agree and stipulate to the above facts, and the Court finds and holds, as follows:

1. The ends of justice served by excluding the period from December 7, 2010, to February 22, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: January 25, 2010            /s/
                                   ALAN DRESSLER, ESQ.
                                   Attorney for RONY ALBERTO AVILA-QUIJANO

DATED: January 25, 2010            /s/
                                   CHRISTINE Y. WONG
                                   Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 26 2010             _____
                                   HON.
                                   United
                                   Judge Marilyn H. Patel

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED]

-2-